District Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ARTA LAHIJI,<br><br>Plaintiff,<br><br>v.<br><br>SOUND INPATIENT PHYSICIANS, INC.,<br><br>Defendant. | CASE NO. C18-5565-BHS<br><br>**FILED UNDER SEAL**<br><br>**ORDER** |

The Court, having considered Relator's Notice of Voluntary Dismissal the United States' Consent to Dismissal, hereby ORDERS, pursuant to 31 U.S.C. § 3730(b)(1), that:

1. All of the claims set forth in Relator's Amended Complaint shall be dismissed against all Defendants without prejudice to the Relator and without prejudice to the United States; and

2. The Complaint, this Order, and all other papers on file in this action shall be unsealed.

DATED this 16 day of April, 2019.

[PROPOSED] ORDER - 1
(C18-5565-BHS)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

_[signature]_
BENJAMIN H. SETTLE
United States District Judge

Presented by:

BRIAN T. MORAN
United States Attorney

_[signature]_
POOJA FALDU DAVÉ, New York Bar #5011804
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-4073
Email: pooja.dave@usdoj.gov

[PROPOSED] ORDER - 2
(C18-5565-BHS)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970